# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2022

## NO. 03-22-00204-CV

**K. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order terminating parental rights signed by the trial court on December 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.